UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80765-CIV-DIMITROULEAS/SNOW

U.S. COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

LASALLE INTERNATIONAL CLEARING
CORPORATION, STERLING WENTWORTH
CURRENCY GROUP, INC., and MICHAEL RIOLO,

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S FIRST MOTION
FOR AUTHORITY TO PAY FEES AND EXPENSES**

THIS CAUSE is before the Court upon the Receiver's First Motion for Authority to Pay Fees and Expenses Incurred by Professionals for the Period of September 1, 2009 - September 30, 2010 [DE-63], filed herein on October 22, 2010.  The Court has carefully considered the Motion, noting that Plaintiff has no objection to the requested relief and that there have been no objections filed despite that the time for doing so has passed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Receiver's First Motion for Authority to Pay Fees and Expenses Incurred by Professionals for the Period of September 1, 2009 - September 30, 2010 [DE-63] is hereby **GRANTED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

9th day of November, 2010.

                                                  *[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Michael Goldberg, Esq.
Akerman, Senterfit & Edison
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301