UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 09-80765-CIV-DIMITROULEAS/SNOW

U.S. COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

LASALLE INTERNATIONAL CLEARING
CORPORATION, STERLING
WENTWORTH CURRENCY GROUP,
INC., and MICHAEL RIOLO,

    Defendants,

_____/

### SPECIAL COUNSEL'S MOTION FOR ATTORNEYS' FEES AND COSTS

Special counsel to the Receiver, Dimond Kaplan & Rothstein, P.A., Sallah, Astarita & Cox, LLC, and the Silver Law Group ("Special Counsel"), hereby file the instant motion seeking the entry of an order permitting the Receiver to pay attorneys' fees and costs to Special Counsel consistent with the Court's prior approval of a contingency-fee arrangement and, in support thereof, Special Counsel state as follows:

### FACTUAL BACKGROUND

1. On May 21, 2009, the U.S. Commodity Futures Trading Commission ("CFTC") filed a Complaint in this action against the Defendants, alleging they were involved in the perpetration of a Ponzi scheme, and seeking the entry of permanent injunctions, civil monetary penalties and other equitable relief, including the appointment of a receiver. [D.E. 1].

1

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

2. On September 17, 2009, the Court entered an Order for Entry of Judgment by Default, Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief Against Defendants and appointed Michael I. Goldberg, Esq. as the permanent equity receiver in this action (the "Receivership Order"). [D.E. 31].

3. On December 2, 2009, the Receiver, pursuant to the authority granted to him by the Receivership Order, filed a motion seeking permission to retain Special Counsel to bring claims on behalf of the Receiver and for the benefit of the creditors of the Receivership Estate, including a putative class of investors who had lost money in the Ponzi Scheme. [D.E. 36].

4. On December 3, 2009, the Court granted the Receiver's motion. [D.E. 37].

5. The Court's order provides, in pertinent part, that the Receiver is authorized to employ Special Counsel *"on a contingency fee basis, whereby [Special Counsel] will retain no more than thirty 30% of any recovery."* [D.E. 37]

6. Thereafter, on June 16, 2011, Special Counsel filed a lawsuit in the United States District Court for the Southern District of Florida in an action styled: Goldberg, et al. v. D & E Communications, Inc., et al. Case No. 11-cv-22177-Dimitrouleas/Snow (the "Profiteer Action").

7. In the Profiteer Action, the Receiver sought to recover allegedly false "profits" from those alleged to have benefitted from the the Ponzi Scheme perpetrated by the Defendants (the "Alleged Profiteers").

8. After considerable litigation, a settlement was reached as to all Alleged Profiteers and, on November 30, 2012, the Receiver filed a Motion for Approval of Settlement Agreements. [D.E. 69].

9. On February 14, 2013, the Court issued its Order Granting Receiver's Motion for

2

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

Approval of Settlement Agreements. [D.E. 78].

10. The bulk of the Alleged Profiteers pleaded and proved to the satisfaction of the Receiver a measure of financial hardship and, therefore, the super-majority of the settlement agreement involved the making of relatively small installment payments over a period of time.

11. That process now is largely complete and, as of the date of this filing, the Receiver has recovered approximately $118,700.00.[1]

12. Special Counsel has conferred a benefit on the Receivership Estate and, to date, has not been paid for their services.

13. Special Counsel seeks to be compensated for their efforts in accordance with the terms of retention previously approved by the Court.

14. Accordingly, the undersigned Special Counsel seek payment of $35,610.00, which represents thirty-percent (30%) of the sums recovered to date.

15. Special Counsel further seeks permission for the Receiver to pay to Special Counsel thirty-percent (30%) of any additional sums recovered after the date of this filing.

16. Finally, Special Counsel seeks to be reimbursed for litigation costs and expenses totaling $7,780.63.[2]

---

[1] A bit more still may be recovered over time. For example, the settlement with one of the defendants calls for the payment of $47,000 to be realized from the sale of real property owned by the defendant. To the extent that the sale of the subject property yields in excess of $47,000, the Receiver is entitled to 50% of the excess amount realized from the sale. Special Counsel, of course, then would be entitled to thirty percent (30%) of all sums recovered by the Receiver in conjunction with the sale of that property.

[2] *See* Affidavit of David A. Rothstein, Esq., attached as Exhibit A.

3

**WHEREFORE**, Special Counsel seeks entry of an Order granting this motion and authorizing the Receiver to pay Special Counsel in accordance with the terms previously approved by this Court, and such other further relief as this Court deems appropriate.

Dated: January 13, 2014

                                        Respectfully submitted,

By:   /s/ David Rothstein, Esq.
DAVID ROTHSTEIN, ESQ.
  Fla. Bar No.: 0056881
JEFFREY KAPLAN, ESQ.
  Fla. Bar No.: 39977
LORENZ MICHEL PRÜSS, ESQ.
  Fla. Bar No.: 581305
DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, Penthouse 2B
Miami, Florida 33133
Telephone   (305) 374-1920
Facsimile:   (305) 374-1961
*Attorneys for Plaintiffs*

SCOTT L. SILVER, ESQ.
  Fla. Bar No. 095631
SILVER LAW GROUP
11780 W. Sample Rd.
Coral Springs, FL 33065
Telephone:   (954) 755-4799
Facsimile:   (954) 755-4684
*Attorneys for Plaintiffs*

JAMES D. SALLAH, ESQ.
  Fla. Bar No. 0092584
SALLAH, ASTARITA & COX, LLC
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone:   (561) 989-9080
Facsimile:   (561) 989-9020
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  By   /s/David Rothstein, Esq.
                                                        David Rothstein, Esq.

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961